**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

CLEXTON J. MIDDLETON,

    VS                                    CASE NO. 3:06cv417/MCR/EMT

CSX TRANSPORTATION, INC.,

**REFERRAL AND ORDER**

Referred to Judge Rodgers  on           April 2, 2007
Type of Motion/Pleading: JOINT MOTION FOR CONTINUANCE OF TRIAL DATE AND EXTENSION OF DEADLINES ESTABLISHED BY FINAL SCHEDULING ORDER.
Filed by: PLAINTIFF & DEFENDANT   on 4/1/07         Document   31
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                                 on            Doc.#
                                                 on            Doc.#
                                                 WILLIAM M. McCOOL, CLERK OF COURT

                                                /s/ Teresa Cole
                                               Deputy Clerk: Teresa Cole

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 2nd day of April, 2007, that:

    The requested relief is GRANTED.  The trial is continued to the two-week docket commencing November 19, 2007.

                                                         s/ *M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                               **UNITED STATES DISTRICT JUDGE**

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.